Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 18 2017
U.S. DISTRICT COURT
ELKINS WV 26241

DARRELL CADLE
Darrell Dewayn Cadle JR
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

Civil Action No.: 1:17cv218
*(To be assigned by the Clerk of Court)*

W.V.D.O.C. Commissioner, et. al.
Marvin Plumley, H.C.C. Warden
C.O. Bailiff, Jeremy Smith
All in their official and individual capacities
*Enter above the full name of defendant(s) in this action*

Keeley
Aloi
Williams

## I.   JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Your Name: DARRELL CADLE
   Inmate No.: 3425413
   Address: 112 N.R.C. Drv. Moundsville WV 26041

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B. Name of Defendant: Rubenstien AND Coleman - Both

Attachment A

Position: Commissioner / Former, Present
Place of Employment: W.V.D.O.C.
Address: Greenbrier St, Charleston W.V. 25301

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Defendant was the W.V.D.O.C. Commissioner

B.1 Name of Defendant: Marvin Plumley
Position: Warden, H.C.C.
Place of Employment: Huttonsville Correctional Center
Address: P.O. Box 1 Elkins W.Va. 26223

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Defendant is the Facility Warden

B.2 Name of Defendant: Jeremy Smith
Position: C.O. Baillif
Place of Employment: Huttonsville Correctional Center
Address: P.O. Box 1 Elkins WV 26223

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Defendant was the escorting C.O. Bailiff

B.3   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

B.4   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

Attachment A

_____
_____

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

      Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____

III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: _Northern Correctional Facility_

   A.   Is this where the events concerning your complaint took place?
        ☐ Yes   ☒ No

        If you answered "NO," where did the events occur?
        _Huttonsville Correctional Center_

   B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

   C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

   D.   If your answer is "NO," explain why not _____

Attachment A

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _____Review_____

LEVEL 2 _____Review_____

LEVEL 3 _____Review_____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☑ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court: _____
      *(If federal court, name the district; if state court, name the county)*

   3. Case Number: _____

   4. Basic Claim Made/Issues Raised: _____

   5. Name of Judge(s) to whom case was assigned: _____

**Attachment A**

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☑ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   Filed Grievances

E. Did you exhaust available administrative remedies?  ☑ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:

   _____

   _____

3. Grounds for dismissal: ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: Violation of the eighth Amendment of the U.S. Constitution by cruel and unusual punishment suffered where Defendant's failed to protect Plaintiff from fall.

Supporting Facts: SEE ATTATCHED "Complaint"

Roman numerals I thru VI —
Additionally — "numbered"

**Attachment A**

CLAIM 2: _____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

CLAIM 3: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts:_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts:_____
_____
_____
_____

VI.  **INJURY**

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

While in full Restraints The C.O. Bailiff, Jeremy Smith did not Physically assist me in Descending stairs and I fell down The stairs injuring my wrist Arm and Hip

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I seek formal Reprimands / loss of employment, alternitive movement practices of Restrained inmates, Under official capacities, I seek compensatory and exemplary punitive Damages against Defendants in Their individual capacities

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
(Location)                          (Date)

_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DARELL CADLE

*Your full name*

v.   Civil Action No.: 1:17cv218

W.V.D.O.C. Commissioner, et.al.
Marvin Plumley, Warden H.C.C.
C.O. Bailiff Jeremy Smith
Individual and Official Capacities

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Darrell Cadle (your name here), appearing *pro se*, hereby certify that I have served the foregoing 42 USC§1983 Civil Action (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _____ (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)